NOTE: CHANGES MADE BY COURT

# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

TERRY FABRICANT, individually and on behalf of all others similarly situated,

                Plaintiff,

    v.

LADERA LENDING, INC. and DOES 1 through 10, inclusive, and each of them,

                Defendants.

Case No.: 2:22-cv-00235-FWS-AGR

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE [26]**

///

///

///

# ORDER

Having considered and reviewed the Parties' Joint Stipulation of Dismissal of Action of the Individual Claims with Prejudice and the Putative Class Claims without Prejudice [26] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned action is **DISMISSED WITH PREJUDICE** in the entirety as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: March 20, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE